**05-40083**
Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Massachusetts | |
|---|---|---|
| Name (under which you were convicted): Michael Boria | | Docket or Case No.: 4:00-cr-40024 |
| Place of Confinement: USP Beaumont | | Prisoner No.: 80269-038 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. | Michael Boria | |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the District of Massachusetts

   (b) Criminal docket or case number (if you know): 4:00-cr-40024

2. (a) Date of the judgment of conviction (if you know): March 19, 2003

   (b) Date of sentencing: March 5, 2003

3. Length of sentence: 327 months

4. Nature of crime (all counts): Possession of heroin with the intent to distribute (Counts 1, 2, 8, 9, 12); possession of methamphetamine with the intent to distribute (Counts 13, 14)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
    (a) Name of court: <u>United States Court of Appeals for the First Circuit</u>
    (b) Docket or case number (if you know): <u>03-1448</u>
    (c) Result: <u>Convictions affirmed</u>
    (d) Date of result (if you know): <u>March 3, 2004</u>
    (e) Citation to the case (if you know): <u>Unreported</u>
    (f) Grounds raised: <u>Erroneous admission of opinion evidence and failure to conduct voir dire outside of jury's presence</u>

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ❑   No ❑

    (2) Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial counsel failed to listen to the government's tape-recorded evidence and subpoena known witnesses who would have provided testimony in support of movant's entrapment defense. Had counsel listened to the tape-recorded conversations, he would have discovered and presented at trial evidence that supported the defense and corroborated the testimony of the witnesses who should have been subpoenaed. Further, there is a reasonable probability that the result of the trial would have been different had counsel properly prepared for trial and subpoenaed the witnesses who were known to him.

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: The claim is based on facts not of record and hence could not have been raised on direct appeal.

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO: Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial counsel failed to object to the admission of hearsay testimony from a DEA agent concerning out-of-court statements by the informant which concerned movant and to testimony from the agent which vouched for the reliability and veracity of of the informant. Further, the admission of this evidence prejudiced movant and there is a reasonable probability that the result of the trial would have been different had the jury not heard the inadmissible evidence.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Appellate counsel was ineffective and the result of the appeal would have been different had he not been.</u>

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: Denial of right to have jury decide all facts essential to punishment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The district court made factual findings at sentencing which had the effect of increasing the base offense level under the federal sentencing guidelines beyond that which was authorized solely by the jury's verdict. These findings included, but are not limited to, the nature and type of the prior convictions which triggered application of the career-offender guideline. Had these findings not been made, the sentence which movant would have received would have been substantially less than the term that he is currently serving.

(b) Direct Appeal of Ground Three:

  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: The claim is based upon an intervening clarification of the law.

(c) Post-Conviction Proceedings:

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☒

  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____
  Docket or case number (if you know): _____
  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑  No ❑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑  No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑  No ❑

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑  No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑  No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None of the claims raised here have previously been presented in federal court because they are based upon facts not of record; were defaulted by ineffective assistance of appellate counsel; or are based upon an intervening clarication of the law.

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: Leo T. Sorokin, Esquire, 408 Atlantic Avenue, Third Floor, Boston, Mass. 02210

(c) At trial: William F. Fahey, Esquire, 201 Washington Street, Salem, Mass. 01970

(d) At sentencing: Timothy G. Watkins, Esquire, 408 Atlantic Avenue, Third Floor, Boston, Mass. 02210

(e) On appeal: <u>Timothy G. Watkins, Esquire</u>

(f) In any post-conviction proceeding: <u>N/A</u>

(g) On appeal from any ruling against you in a post-conviction proceeding: <u>N/A</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>a new trial or, alternatively, resentencing.</u>

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

Christopher D. Warren, Esquire
1604 Locust Street, Phila., PA 19103
(215) 546-2604

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ _____ (month, date, year).

Executed (signed) on <u>May 26, 2005</u> (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. <u>Counsel was retained by movant for the purpose of drafting and filing the motion and is authorized to act as movant's agent and attorney in that regard.</u>

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

\* \* \* \* \*