UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michale Boria,
              Plaintiff

V.

United States of America,
              Defendant

CIVIL ACTION

NO.  05-40083-NMG

## ORDER OF DISMISSAL
10/31/05

Gorton, D. J.

    In accordance with the Court's Memorandum and Order of 10/27/05 (Docket No. 5), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

Approved,

/s/ Nathaniel M. Goroton,
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismendo.ord - 09/92)    [odism.]